UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
Western Division

Richard J. Jankowski
           Plaintiff,

v.                  Case No.: 3:16−cv−50103
                 Honorable Joan H. Lefkow

Dean Foods, et al.
           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, October 17, 2019:

    MINUTE entry before the Honorable Joan H. Lefkow: For the reasons stated on the record in the course of trial, Defendant's motion to strike proposed jury instructions re normal life damages [141] is granted; Plaintiff's motion to bar certain testimony of Brandon Marvin [159] is granted, motion [156] is moot; Defendant's motion for judgment as a matter of law [168] is denied; Plaintiff's motion for judgment as a matter of law [169] is granted in part and denied in part; and Defendant's motion for reconsideration re jury instructions [172] is denied. The parties' joint motion to amend/correct proposed pretrial order [145] is terminated as moot. Mailed notice (ags, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.