ILND 450 (Rev. 04/29/2016) Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Richard J. Jankowski,

Plaintiff,

v.

Dean Foods Company and Dean Dairy Holdings, LLC,

Defendants.

Case No. 16 C 50103
Judge Joan H. Lefkow

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of plaintiff Richard J. Jankowski
and against defendants Dean Foods Company and Dean Dairy Holdings, LLC
in the amount of $3,316,443.00,

which ☐ includes pre–judgment interest.
☒ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiffs shall recover costs from defendants.

___

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

___

☐ other:

___

This action was *(check one)*:

☒ tried by a jury with Judge Joan H. Lefkow presiding, and the jury has rendered a verdict.
☐ tried by Judge without a jury and the above decision was reached.
☐ decided by Judge on a motion

Date: 10/16/2019

Thomas G. Bruton, Clerk of Court

Amanda Scherer, Deputy Clerk