**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHEN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| RICHARD J. JANKOWSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 16-cv-50103 |
| | ) | |
| DEAN FOODS COMPANY, and DEAN | ) | Honorable Judge Iain D. Johnston |
| DAIRY HOLDINGS, LLC, | ) | |
| | ) | Magistrate Judge Lisa A. Jensen |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| MARKEL INSURANCE COMPANY, | ) | |
| | ) | |
| Respondent. | | |

## ORDER FOR CONDITIONAL JUDGMENT

This cause coming to be heard pursuant to Plaintiff's Motion for Conditional Judgment, the Court being advised in the premises;

IT IS HEREBY ORDERED THAT:

1. A Conditional Judgment is entered against the Respondent, MARKEL INSURANCE COMPANY., in favor of the Plaintiff, RICHARD J. JANKOWSKI, in the sum of $5,066,280.00 plus costs.

2. Summons After Conditional Judgment to issue.

Entered:

Dated: _____

_____
Honorable Judge Iain D. Johnston

Prepared By: /s/ Timothy J. Coffey_____
Timothy J. Coffey, Esq.
THE COFFEY LAW OFFICE, P.C.

Attorneys for RICHARD J. JANKOWSKI
The Coffey Law Office, P.C.
330 S. Naperville Road, Suite 404
Wheaton, IL 60187
(630) 326-6600/(630) 326-6601(fax)
tcoffey@worker-law.com