IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHEN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| RICHARD J. JANKOWSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 16-cv-50103 |
| | ) | |
| DEAN FOODS COMPANY, and DEAN DAIRY HOLDINGS, LLC, | ) | Honorable Judge Iain D. Johnston |
| | ) | |
| | ) | Magistrate Judge Lisa A. Jensen |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| ALTERA INSURANCE USA, INC., | ) | |
| | ) | |
| Respondent. | | |

**NOTICE OF FILING OF**
**MOTION FOR CONDITIONAL JUDGMENT**

TO: ALTERRA INSURANCE USA INC.
c/o CT Corporation System, Registered Agent
208 S. LaSalle Street
Chicago, IL 60604

Please take notice that on February 3, 2021, at 9:30 a.m., Plaintiff RICHARD J. JANKOWSKI filed his MOTION FOR CONDITIONAL JUDGMENT against you with the Clerk of the Court for the U.S. District Court for the Northern District of Illinois, a copy of which is enclosed herewith and served upon.

Per the Court's General Order 20-0012 regarding CORONAVIRUS COVID-19 PUBLIC EMERGENCY, the Court suspended Local Rule 5.3(b), which otherwise requires that all motions be noticed for presentment. No motions may be noticed for in-person presentment; the presiding judge will notify parties of the need, if any, for a hearing by electronic means or in-court proceeding.

Dated: February 4, 2021

                                                                  Respectfully Submitted,
                                                                   Plaintiff, RICHARD J. JANKOWKSI,

By: /s/ Timothy J. Coffey_____
Timothy J. Coffey, Esq.
THE COFFEY LAW OFFICE, P.C.
Attorneys for RICHARD J. JANKOWSKI
The Coffey Law Office, P.C.
330 S. Naperville Road, Suite 404
Wheaton, IL 60187
(630) 326-6600/(630) 326-6601(fax)
tcoffey@worker-law.com

## PROOF OF SERVICE BY MAIL

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, I, the undersigned, certify that I served this notice and the attached Motion for Conditional Judgment by mailing a copy to each person to whom it is directed, at the address shown above, by Certified USPS mail, Return Receipt requested and Regular U.S. Mail, at or before 5:00 P.M. on February 4, 2021, with proper postage prepaid.

By: /s/ Timothy J. Coffey_____
Timothy J. Coffey, Esq.
THE COFFEY LAW OFFICE, P.C.
Attorneys for RICHARD J. JANKOWSKI
The Coffey Law Office, P.C.
330 S. Naperville Road, Suite 404
Wheaton, IL 60187
(630) 326-6600/(630) 326-6601(fax)
tcoffey@worker-law.com